UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ABDO ALMOWLLD,<br><br>　　　　Defendant. | Case No.  21-cv-07588-HSG<br><br>**JUDGMENT** |

For the reasons set forth in Magistrate Judge Hixson's Report and Recommendation Re Motion for Default Judgment filed on June 6, 2022 and adopted by this Court,

IT IS HEREBY ORDERED AND ADJUDGED

That default judgment is entered in favor of Plaintiff against Defendant.  The Court **AWARDS**:

(1) $4,000 in statutory damages under the Unruh Act; and

(2) $1,380 in attorneys' fees and $837 in costs.

Dated at Oakland, California, this day of July 11, 2022.

Mark B. Busby
Clerk of Court

By: /s/ Brittany Sims
Brittany Sims
Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.